AO 240 (Rev. 9/96)

# United States District Court

_Central_ DISTRICT OF _Illinois_

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: ~~99-CF-1130~~
06-2090

I, _Gregory L. Holmes_ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant  ☒ other

in the above–entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
MAY 0 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _Menard Correctional Center_

    Are you employed at the institution? _No_  Do you receive any payment from the institution? _Yes_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

    a. If the answer is "Yes" state the amount of your take–home salary or wages and pay period and give the name and address of your employer.
    
    _N/A_

    b. if the answer is "No" state the date of your last employment, the amount of your take–home salary or wages and pay period and the name and address of your last employer.
    
    _none_

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self–employment  ☐ Yes  ☒ No
    b. Rent payments, interest or dividends  ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments  ☐ Yes  ☒ No
    d. Disability or workers compensation payments  ☐ Yes  ☒ No
    e. Gifts or inheritances  ☒ Yes  ☒ No
    f. Any other sources  ☐ Yes  ☒ No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. _Gregory Holmes get $10.00 or 20.00 dollar Gifts from family as a Gifts._

AO 240 (Rev. 9/96) (Reverse)

4. Do you have **any** cash or checking or savings accounts?  ☒ Yes,  ☒ No

   If "Yes" state the total amount. $10.00 a ~~months~~ month from state pay at Menard Correction Center

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____   _Gregory Holmes_____
DATE                       SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts. expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Date: 03/14/2006    2:06-cv-02090-HAB-DGB    #1    Menard Correctional Center      Page 2
Time: 2:05pm                                                     Trust Fund
d_list_inmate_trans_statement_composite      Inmate Transaction Statement

REPORT CRITERIA - Date: 09/01/2005 thru End;    Inmate: K04785;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: K04785 Holmes, Gregory L.**      **Housing Unit: MEN-N -01-09**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/26/06 | Point of Sale | 60 Commissary | 026778 | 562455 | Commissary | -15.50 | 103.96 |
| 01/30/06 | Mail Room | 01 MO/Checks (Not Held) | 030245 | 4779677012 | Holmes, Pearlie | 10.00 | 113.96 |
| 02/06/06 | Payroll | 20 Payroll Adjustment | 037159 | | P/R month of 01/2006 | .82 | 114.78 |
| 02/09/06 | Mail Room | 01 MO/Checks (Not Held) | 040245 | 4779677447 | Holmes, Pearlie | 15.00 | 129.78 |
| 02/14/06 | Disbursements | 80 Postage | 045359 | Chk #72418 | 1373, DOC: 523 Fund Reimbursem, Inv. Date: 02/09/2006 | -4.27 | 125.51 |
| 02/24/06 | Point of Sale | 60 Commissary | 055767 | 567024 | Commissary | -50.14 | 75.37 |
| 02/28/06 | Disbursements | 81 Legal Postage | 059359 | Chk #72549 | 2571, DOC: 523 Fund Reimbursem, Inv. Date: 02/23/2006 | -.87 | 74.50 |
| 03/03/06 | Disbursements | 84 Library | 062359 | Chk #72675 | 3420, DOC - Library Copies, Inv. Date: 03/01/2006 | -.90 | 73.60 |
| 03/08/06 | Payroll | 20 Payroll Adjustment | 067159 | | P/R month of 02/2006 | 3.54 | 77.14 |
| 03/10/06 | Point of Sale | 60 Commissary | 069779 | 569292 | Commissary | -52.13 | 25.01 |
| 03/14/06 | Disbursements | 80 Postage | 073359 | Chk #72858 | 5477, DOC: 523 Fund Reimbursem, Inv. Date: 03/13/2006 | -2.40 | 22.61 |

|   |   |
|---|---:|
| **Total Inmate Funds:** | 22.61 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 22.61 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

5-1-2006

United States District Court
Central District of Illinois Office
the Clerk, 201 S. Vine St. Room 218
Urbana, Illinois 61802

RECEIVED
MAY 0 8 2006
U.S. CLERK'S OFFICE
URBANA, IL

I writing to inform you it might be a few more days before I will able to send you my habeas corpus petition because I am going get copys of check to put in my file. Its will take some more time because it take time to get call over to law library but soon as get copys I will send habeys corpus petition and check to you.

Thank you

Gregory Holmes
#K04785
P.O. Box 711
Menard, IL 62259

Gregory Holmes K04785
Menard Correction Cent
P.O. Box 711
Menard, IL 62259

April 25, 2006

United States District Court
Central District of Illinois
Office of The Clerk
201 S. Vine St. Room 216
Urbana, Illinois 61802-3348

**RECEIVED**
MAY 0 8 2006
U.S. CLERK'S OFFICE
URBANA, IL

To: John M. Waters Clerk,

   I am writeing conjerning my feiling fee you should have get by now because I sent it out Apr 2, 2006 which I hope you have received. So I am sending my petition back to you.
   I had send my habeas petition to you by Certified mail and I did not receive the green card back you to notify me that you have receive it. Can you please send this one back to me so I can have it for feilg and when you send my legal mail, please send it certified because I have had a few problems with my legal mail.

Thank You
Gregory Holmes