UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

The People of The State of Illinois    )
      Plaintiff,    )
      vs.    )    No. 97-CF-1130
Greigory Holmes    ,    )
      Defendant(s)    )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Greigory Holmes          , declare that I am the
plaintiff in the above-entitled case. I further state that I am
unable to afford the services of an attorney. I hereby request
the court to appoint counsel to represent me in this case.
Should the court grant the motion, I agree to provide for payment
of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the
following attempts to retain counsel to represent me in this
lawsuit:

Jenner & Block LLP ONE IBM Plaza Chicago, Illinois
60611 / Katten Muchin & Zavis 525 West Monroe Steet Chicago Illinois 606.
Geisler, Grary F. Geisler Law Offices 241 S Main St
62525, P.O. Box 1547 IL 62525 / Baker & Mckenzie Law
One Prudential Plaza 130 East Randolph Steet Chicago Illinois 60
Latham & Watkins; Hopkins & Sutter, Sonnenschein Nath & Rosenth

3. In further support of my motion, I declare that (check
appropriate answer):

_____    I am not currently represented (and have not
been represented previously) by an attorney
appointed by this court in this or any other
civil or criminal proceeding before this
court.

_____    I am currently (or previously have been)
represented by counsel appointed by this
court in the proceeding(s) described on the
attached page.

4.  In further support of my motion, I declare that (check appropriate answer):

X I have attached an original application to proceed in forma pauperis detailing my financial status.

X I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____ I previously filed an application to proceed in forma pauperis; however, my financial status has since changed.  Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5.  I declare under penalty of perjury that the foregoing is true and correct.

_____
Movant's Signature

P.O. Box 711
_____
Street Address

Menard IL, 62259
_____
City/State/Zip Code

Date: _____Apr 4, 2006_____

10/94

2

Date: 3/14/2006          **Menard Correctional Center**          Page 1

Time:   2:05pm               **Trust Fund**

d_list_inmate_trans_statement_composite     **Inmate Transaction Statement**

REPORT CRITERIA  -  Date: 09/01/2005 thru End;    Inmate: K04785;      Active Status Only ? : No;     Print
Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include
Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

**Inmate: K04785 Holmes, Gregory L.**           **Housing Unit: MEN-N -01-09**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | Beginning Balance: | | 88.78 |
| 09/01/05 | Disbursements | 88 K04785 2 Tapes | 244394 | Chk #69624 | 88203585, Music By Mail , Inv. Date: 09/01/2005 | -22.50 | 66.28 |
| 09/08/05 | Payroll | 20 Payroll Adjustment | 251159 | | P/R month of 08/2005 | 4.08 | 70.36 |
| 09/08/05 | Point of Sale | 60 Commissary | 251746 | 534756 | Commissary | -70.16 | .20 |
| 09/12/05 | Mail Room | 01 MO/Checks (Not Held) | 255223 | 08-295678374 | Holmes, Pearlie | 10.00 | 10.20 |
| 09/16/05 | Point of Sale | 60 Commissary | 259793 | 537694 | Commissary | -8.97 | 1.23 |
| 09/16/05 | Mail Room | 01 MO/Checks (Not Held) | 259202 | 08-295679349 | Holmes, Pearlie | 10.00 | 11.23 |
| 09/21/05 | Mail Room | 01 MO/Checks (Not Held) | 264223 | 08-355440223 | Holmes, Pearlie | 20.00 | 31.23 |
| 09/23/05 | Point of Sale | 60 Commissary | 266779 | 539241 | Commissary | -29.30 | 1.93 |
| 09/26/05 | Disbursements | 80 Postage | 269359 | Chk #70084 | 122026, DOC: 523 Fund Reimburs, Inv. Date: 09/14/2005 | -.49 | 1.44 |
| 09/27/05 | Mail Room | 01 MO/Checks (Not Held) | 270245 | 4660192793 | Holmes, Pearlie | 10.00 | 11.44 |
| 10/06/05 | Point of Sale | 60 Commissary | 279793 | 540694 | Commissary | -9.68 | 1.76 |
| 10/07/05 | Payroll | 20 Payroll Adjustment | 280159 | | P/R month of 09/2005 | 7.89 | 9.65 |
| 10/11/05 | Mail Room | 01 MO/Checks (Not Held) | 284223 | 08-355549772 | Holmes, Pearlie | 10.00 | 19.65 |
| 10/13/05 | Disbursements | 80 Postage | 286359 | Chk #70351 | 124300, DOC: 523 Fund Reimburs, Inv. Date: 10/03/2005 | -.98 | 18.67 |
| 10/13/05 | Disbursements | 80 Postage | 286359 | Chk #70351 | 123409, DOC: 523 Fund Reimburs, Inv. Date: 09/26/2005 | -.37 | 18.30 |
| 10/13/05 | Point of Sale | 60 Commissary | 286767 | 542495 | Commissary | -18.12 | .18 |
| 10/14/05 | Disbursements | 84 Library | 287359 | Chk #70386 | 124120, DOC - Library Copies, Inv. Date: 10/03/2005 | -.05 | .13 |
| 10/18/05 | Mail Room | 01 MO/Checks (Not Held) | 291223 | 4660192955 | Holmes, Pearlie | 15.00 | 15.13 |
| 10/20/05 | Point of Sale | 60 Commissary | 293767 | 544609 | Commissary | -13.97 | 1.16 |
| 10/24/05 | Mail Room | 01 MO/Checks (Not Held) | 297223 | 4711830417 | Holmes, Pearlie | 10.00 | 11.16 |
| 10/26/05 | Disbursements | 80 Postage | 299359 | Chk #70569 | 126932, DOC: 523 Fund Reimburs, Inv. Date: 10/25/2005 | -.49 | 10.67 |
| 11/01/05 | Mail Room | 01 MO/Checks (Not Held) | 305223 | 4711830472 | Holmes, Pearlie | 10.00 | 20.67 |
| 11/03/05 | Point of Sale | 60 Commissary | 307779 | 546355 | Commissary | -20.08 | .59 |
| 11/07/05 | Payroll | 20 Payroll Adjustment | 311169 | | P/R month of 10/2005 | 8.00 | 8.59 |
| 11/08/05 | Mail Room | 01 MO/Checks (Not Held) | 312223 | 4737960402 | Holmes, Pearlie | 30.00 | 38.59 |
| 11/10/05 | Point of Sale | 60 Commissary | 314749 | 548417 | Commissary | -38.11 | .48 |
| 11/17/05 | Mail Room | 01 MO/Checks (Not Held) | 321202 | 47379608925 | Holmes, Pearlie | 10.00 | 10.48 |
| 11/28/05 | Disbursements | 80 Postage | 332359 | Chk #71060 | 130181, DOC: 523 Fund Reimburs, Inv. Date: 11/21/2005 | -.83 | 9.65 |
| 11/29/05 | Mail Room | 01 MO/Checks (Not Held) | 333223 | 4737961074 | Holmes, Pearlie | 10.00 | 19.65 |
| 12/07/05 | Payroll | 20 Payroll Adjustment | 341169 | | P/R month of 11/2005 | 8.00 | 27.65 |
| 12/13/05 | Disbursements | 80 Postage | 347359 | Chk #71412 | 131665, DOC: 523 Fund Reimburs, Inv. Date: 12/05/2005 | -.37 | 27.28 |
| 12/16/05 | Point of Sale | 60 Commissary | 350767 | 554435 | Commissary | -12.85 | 14.43 |
| 12/19/05 | Point of Sale | 60 Commissary | 353749 | 554799 | Commissary | 12.85 | 27.28 |
| 12/19/05 | Mail Room | 01 MO/Checks (Not Held) | 353202 | 47563080070 | Holmes, Pearlie | 20.00 | 47.28 |
| 12/19/05 | Mail Room | 01 MO/Checks (Not Held) | 353202 | 47118308710 | Holmes, Pearlie | 10.00 | 57.28 |
| 01/06/06 | Payroll | 20 Payroll Adjustment | 010169 | | P/R month of 12/2005 | 2.18 | 59.46 |
| 01/11/06 | Mail Room | 01 MO/Checks (Not Held) | 011245 | 4756308232 | Holmes, Pearlie | 10.00 | 69.46 |
| 01/11/06 | Mail Room | 01 MO/Checks (Not Held) | 011245 | 4756308233 | Holmes, Pearlie | 5.00 | 74.46 |
| 01/18/06 | Mail Room | 01 MO/Checks (Not Held) | 018245 | 08710700962 | Bridges, Doris | 20.00 | 94.46 |
| 01/18/06 | Mail Room | 01 MO/Checks (Not Held) | 018245 | 4758715514 | Holmes, Pearlie | 15.00 | 109.46 |
| 01/20/06 | Mail Room | 01 MO/Checks (Not Held) | 020245 | 4758715580 | Holmes, Pearlie | 10.00 | 119.46 |