UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GREIGORY HOLMES, | ) | |
| | ) | |
| Petitioner, | ) | 06-2090 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD HULICK, Warden, Menard Correctional Center, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

ORDER

On May 8, 2006, Petitioner Greigory Holmes submitted a petition under 28 U.S.C. § 2254 for a writ of habeas corpus by a person in state custody, and an application to proceed without prepayment of fees on his petition [#1]. Also on that date, he paid the $5.00 filing fee. Therefore, the application to proceed without prepayment of fees [#1] is denied as moot.

Holmes has also filed a motion for appointment of counsel. Neither the legal issues raised in the petition nor the evidence that might support the petitioner's claims are so complex or intricate that a trained attorney is necessary. Holmes is capable of presenting the issues himself, and the presence of counsel is unlikely to make a difference in the outcome. *Greeno v. Daley*, 414 F.3d 645, 658 (7th Cir. 2005). The motion for appointment of counsel [#3] is denied.

This court now orders that the respondent has sixty (60) days to file a response to the petition pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. This court further orders that the respondent should attach those portions of the state court record which are relevant to the petitioner's claims and to the issues of exhaustion of state remedies and procedural default.

Entered this 8th day of May, 2006.

**s/Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE