**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald Hulick, Warden
Menard Correctional Center
711 Kaskaskia St.
Menard, IL 62259

06-2090

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____    ☐ Agent
                             ☐ Addressee

B. Received by (*Printed Name*)        C. Date of Delivery
G- YOUNG                               5/12/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**FILED**

**MAY 16 2006**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DIST. OF ILLINOIS

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)      ☐ Yes

2. Article Number
(*Transfer from service label*)

7004 2890 0001 1720 8355

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540