06-2090

United States District Court
Central District of Illinois
Office of the Clerk
201 S. Vine St. Room 218
Urbana, Illinois 61802-3...

FILED
MAY 18 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Greigory Holmes
#K04785
Menard Correctional Center
P.O. Box 711
Menard, IL 62259

I have receive the check you sent to me on the 4-28-2006. I had a problem with the Menards prison law libarian about geting the check copy. So I could have a copy of it to put in file. I was unable to get copy of check. But law libarian gave check to Menards prison counselor. Counselor get petition from me and she it out on 5-3-2006, with check and habeus Corpus petitione. I am checking because I have had legal mail problems in the pass. I would like to

know when you send me legal mail can you please send it certified mail, so I can receive it all.

Thank you

Gregory Holmes
#K04785
P.O. Box 711
Menard, IL 62259