IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. GREIGORY HOLMES, | ) ) ) | |
| Petitioner, | ) ) | No. 06 C 2090 |
| vs. | ) ) | The Honorable |
| DONALD HULICK, Warden, | ) ) | Harold A. Baker, Judge Presiding. |
| Respondent. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2006, I electronically filed respondent's Answer with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Greigory Holmes; and I hereby certify that on July 10, 2006, I sent by United States mail the above referenced Answer to the following non-registered party, Greigory Holmes, No. K-04785, Menard Correctional Center, P.O. Box 711, Menard, IL 62259.

        LISA MADIGAN
Attorney General of Illinois

By:   s/ Russell K. Benton
RUSSELL K. BENTON
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2113
FAX: (312) 814-5166
E-mail: Rbenton@atg.state.il.us
Att.Reg.No.: 6203142