FILED
JAN 0 2 2008
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To:

Dec. 27, 2007

Clerk of the United States District Court
Central District of Illinois/Danville-Urbana Division
201 South Vine
Urbana, IL 61801

Case No. 06 C 2090

From: Greigroe L. Holmes
#K04785
Menard Corectional Center
P.O. Box 711
Menard, IL 62259

To Clerk of the Courts:

I am Greigroe L. Holmes (#K04785) and I am writeing you concerning my case. I need to know have you made a decision on it yet? I not trying to rush the process of the case but I am going through some things in Menard Correctional Center with staff. From my understand they trying to erase me and they have been playing with a up date of the case.

Sincereal,
Greigroe L. Holmes  A.K.A on the
#K04785
me the one would call