AO 240 (Rev. 6/86) Application to Proceed

E-FILED
Friday, 07 March, 2008  03:57:59 PM
Clerk, U.S. District Court, ILCD

# United States District Court

_Central_ DISTRICT OF _Illinois Urbana Division_

Greigroe Holmes
petitioner

v.

Donald Hulick, Warden
Respondent

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 06-C-2090

I, _Greigroe or Greigory L. Holmes_, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] _____ other

FILED
MAR - 7 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes [ ]  No [x]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   _I neve been employ or had a Job_

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment  Yes [ ]  No [x]
   b. Rent payments, interest or dividends?  Yes [ ]  No [x]
   c. Pensions, annuities or life insurance payments?  Yes [ ]  No [x]
   d. Gifts or inheritances?  Yes [ ]  No [x]
   e. Any other sources?  Yes [x]  No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Mother Pearlie Holmes 25 dollarys once ever twelve months my son Greigroe F. Holmes First time and it was only once that I know of

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I have 4 chilelen Greigroe F. Holmes, Devonshae Holmes Stephon Holmes and Latorianna Haywood But I been albe to get a doel to syport my family due to not being able to reived GueED

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Jan 24, 2008
         (Date)                          Greigroe F. Holmes
                                         Signature of Applicant

Holmes
K04785

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ 6.20 on account to his credit at the MENARD CC institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

                    Geraldine Berry
                    Authorized Officer of Institution

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge   Date | _____  _____ <br> United States Judge   Date <br> or Magistrate |

2:06-cv-02090-HAB-DGB    # 11    Page 3 of 6

Date: 2/6/2008  
Time: 2:04pm  
d_list_inmate_trans_statement_composite

Menard Correctional Center  
Trust Fund  
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 02/01/2007 thru End; Inmate: K04785; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: K04785 Holmes, Gregory L.**  **Housing Unit: MEN-N2-04-53**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 35.36 |
| 02/02/07 | Disbursements | 80 Postage | 033359 | Chk #78263 | 20560, DOC: 523 Fund Inmate Re, Inv. Date: 01/31/2007 | -.39 | 34.97 |
| 02/02/07 | Disbursements | 81 Legal Postage | 033359 | Chk #78263 | 19921, DOC: 523 Fund Inmate Re, Inv. Date: 01/25/2007 | -.39 | 34.58 |
| 02/15/07 | Disbursements | 84 Library | 046359 | Chk #78462 | 21240, DOC: School Dist. Libra, Inv. Date: 02/07/2007 | -.20 | 34.38 |
| 02/20/07 | Point of Sale | 60 Commissary | 051767 | 632407 | Commissary | -13.22 | 21.16 |
| 02/23/07 | Mail Room | 10 Western Union | 054200 | 6848715769 | HOLMES, GREGORY | 30.00 | 51.16 |
| 02/28/07 | Disbursements | 84 Library | 059359 | Chk #78663 | 23297, DOC: 523 Fund Library, Inv. Date: 02/26/2007 | -.20 | 50.96 |
| 03/09/07 | Point of Sale | 60 Commissary | 068793 | 634929 | Commissary | -46.21 | 4.75 |
| 03/14/07 | Point of Sale | 60 Commissary | 073749 | 636310 | Commissary | 13.22 | 17.97 |
| 03/19/07 | Disbursements | 90 Medical Co-Pay | 078359 | Chk #78938 | 24306, DOC: 523 Fund Reimburse, Inv. Date: 03/07/2007 | -2.00 | 15.97 |
| 03/21/07 | Point of Sale | 60 Commissary | 080767 | 638356 | Commissary | -14.37 | 1.60 |
| 03/30/07 | Disbursements | 80 Postage | 089359 | Chk #79177 | 25721, DOC: 523 Fund Inmate Re, Inv. Date: 03/20/2007 | -.63 | .97 |
| 04/06/07 | Payroll | 20 Payroll Adjustment | 096159 | | P/R month of 03/2007 | 5.30 | 6.27 |
| 04/12/07 | Point of Sale | 60 Commissary | 102767 | 642791 | Commissary | -5.63 | .64 |
| 04/17/07 | Disbursements | 84 Library | 107359 | Chk #79375 | 27682, DOC: School Dist. Libra, Inv. Date: 04/06/2007 | -.40 | .24 |
| 05/07/07 | Payroll | 20 Payroll Adjustment | 1271107 | | P/R month of 04/2007 | 3.68 | 3.92 |
| 05/15/07 | Disbursements | 84 Library | 135359 | Chk #80001 | 31571, DOC: School Dist. Libra, Inv. Date: 05/10/2007 | -.60 | 3.32 |
| 06/07/07 | Point of Sale | 60 Commissary | 158774 | 652325 | Commissary | -2.84 | .48 |
| 06/08/07 | Payroll | 20 Payroll Adjustment | 159159 | | P/R month of 05/2007 | .20 | .68 |
| 06/15/07 | Disbursements | 84 Library | 166359 | Chk #80389 | 34127, DOC - Library Copies, Inv. Date: 06/07/2007 | -.10 | .58 |
| 06/15/07 | Disbursements | 84 Library | 166359 | Chk #80389 | 34128, DOC - Library Copies, Inv. Date: 06/07/2007 | -.15 | .43 |
| 07/06/07 | Payroll | 20 Payroll Adjustment | 187159 | | P/R month of 06/2007 | 6.00 | 6.43 |
| 07/13/07 | Point of Sale | 60 Commissary | 1947116 | 660611 | Commissary | -6.32 | .11 |
| 07/31/07 | Disbursements | 80 Postage | 212359 | Chk #81092 | 37879, DOC: 523 Fund Inmate Re, Inv. Date: 07/13/2007 | -.02 | .09 |
| 08/07/07 | Payroll | 20 Payroll Adjustment | 219159 | | P/R month of 07/2007 | 3.68 | 3.77 |
| 08/17/07 | Disbursements | 84 Library | 229359 | Chk #81342 | 40882, DOC: School Dist. Libra, Inv. Date: 08/16/2007 | -.40 | 3.37 |
| 08/17/07 | Disbursements | 84 Library | 229359 | Chk #81342 | 38113, DOC: School Dist. Libra, Inv. Date: 07/16/2007 | -.20 | 3.17 |
| 08/17/07 | Disbursements | 81 Legal Postage | 229359 | Chk #81344 | 40940, DOC: 523 Fund Reimburse, Inv. Date: 08/16/2007 | -.97 | 2.20 |
| 08/17/07 | Disbursements | 81 Legal Postage | 229359 | Chk #81344 | 40191, DOC: 523 Fund Reimburse, Inv. Date: 08/03/2007 | -1.14 | 1.06 |
| 08/28/07 | Point of Sale | 60 Commissary | 240746 | 665055 | Commissary | -1.02 | .04 |
| 10/11/07 | Payroll | 20 Payroll Adjustment | 2841107 | | P/R month of 09/2007 | 2.24 | 2.28 |
| 10/18/07 | Point of Sale | 60 Commissary | 291792 | 676456 | Commissary | -2.27 | .01 |
| 11/07/07 | Payroll | 20 Payroll Adjustment | 311159 | | P/R month of 10/2007 | 5.30 | 5.31 |
| 11/13/07 | Disbursements | 84 Library | 317359 | Chk #82648 | 46580, DOC: School Dist. Libra, Inv. Date: 10/22/2007 | -2.20 | 3.11 |
| 11/15/07 | Point of Sale | 60 Commissary | 319779 | 681987 | Commissary | -2.10 | 1.01 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320359 | Chk #82757 | 47277, DOC: 523 Fund Reimburse, Inv. Date: 10/26/2007 | -.58 | .43 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341169 | | P/R month of 11/2007 | 1.57 | 2.00 |
| 12/17/07 | Mail Room | 01 MO/Checks (Not Held) | 351245 | 20017782753 | Holmes, Pearlie | 25.00 | 27.00 |

# Menard Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 02/01/2007 thru End;   Inmate: K04785;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K04785 Holmes, Gregory L.**    **Housing Unit: MEN-N2-04-53**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/20/07 | Point of Sale | 60 Commissary | 354779 | 689491 | Commissary | -3.06 | 23.94 |
| 12/21/07 | Disbursements | 84 Library | 355359 | Chk #83313 | 52948, DOC: School Dist. Libra, Inv. Date: 12/18/2007 | -.75 | 23.19 |
| 12/31/07 | Disbursements | 88 REPAIR#10285 | 365359 | Chk #83394 | 52999, Menard IBF Repairs, Inv. Date: 12/19/2007 | -20.85 | 2.34 |
| 12/31/07 | Disbursements | 90 Medical Co-Pay | 365359 | Chk #83396 | 49960, DOC: 523 Fund Reimburse, Inv. Date: 11/26/2007 | -2.00 | .34 |
| 12/31/07 | Disbursements | 81 Legal Postage | 365359 | Chk #83396 | 53147, DOC: 523 Fund Reimburse, Inv. Date: 12/19/2007 | -.17 | .17 |
| 01/07/08 | Payroll | 20 Payroll Adjustment | 007159 | | P/R month of 12/2007 | 1.33 | 1.50 |
| 01/15/08 | Disbursements | 84 Library | 015359 | Chk #83671 | 54281, DOC: School Dist. Libra, Inv. Date: 01/03/2008 | -.30 | 1.20 |

|  |  |
|---|---|
| Total Inmate Funds: | 1.20 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 1.20 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

```
Date:  1/25/2008                            Menard Correctional Center                              Page 1
Time:  1:35pm                                        Trust Fund
d_list_inmate_trans_statement_composite        Inmate Transaction Statement
```

REPORT CRITERIA - Date: 07/01/2007 thru End;   Inmate: K04785;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K04785 Holmes, Gregory L.**              **Housing Unit: MEN-N2-04-53**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.43 |
| 07/06/07 | Payroll | 20 Payroll Adjustment | 187159 | | P/R month of 06/2007 | 6.00 | 6.43 |
| 07/13/07 | Point of Sale | 60 Commissary | 1947116 | 660611 | Commissary | -6.32 | .11 |
| 07/31/07 | Disbursements | 80 Postage | 212359 | Chk #81092 | 37879, DOC: 523 Fund Inmate Re, Inv. Date: 07/13/2007 | -.02 | .09 |
| 08/07/07 | Payroll | 20 Payroll Adjustment | 219159 | | P/R month of 07/2007 | 3.68 | 3.77 |
| 08/17/07 | Disbursements | 84 Library | 229359 | Chk #81342 | 40882, DOC: School Dist. Libra, Inv. Date: 08/16/2007 | -.40 | 3.37 |
| 08/17/07 | Disbursements | 84 Library | 229359 | Chk #81342 | 38113, DOC: School Dist. Libra, Inv. Date: 07/16/2007 | -.20 | 3.17 |
| 08/17/07 | Disbursements | 81 Legal Postage | 229359 | Chk #81344 | 40940, DOC: 523 Fund Reimburse, Inv. Date: 08/16/2007 | -.97 | 2.20 |
| 08/17/07 | Disbursements | 81 Legal Postage | 229359 | Chk #81344 | 40191, DOC: 523 Fund Reimburse, Inv. Date: 08/03/2007 | -1.14 | 1.06 |
| 08/28/07 | Point of Sale | 60 Commissary | 240746 | 665055 | Commissary | -1.02 | .04 |
| 10/11/07 | Payroll | 20 Payroll Adjustment | 2841107 | | P/R month of 09/2007 | 2.24 | 2.28 |
| 10/18/07 | Point of Sale | 60 Commissary | 291792 | 676456 | Commissary | -2.27 | .01 |
| 11/07/07 | Payroll | 20 Payroll Adjustment | 311159 | | P/R month of 10/2007 | 5.30 | 5.31 |
| 11/13/07 | Disbursements | 84 Library | 317359 | Chk #82648 | 46580, DOC: School Dist. Libra, Inv. Date: 10/22/2007 | -2.20 | 3.11 |
| 11/15/07 | Point of Sale | 60 Commissary | 319779 | 681987 | Commissary | -2.10 | 1.01 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320359 | Chk #82757 | 47277, DOC: 523 Fund Reimburse, Inv. Date: 10/26/2007 | -.58 | .43 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341169 | | P/R month of 11/2007 | 1.57 | 2.00 |
| 12/17/07 | Mail Room | 01 MO/Checks (Not Held) | 351245 | 20017782753 | Holmes, Pearlie | 25.00 | 27.00 |
| 12/20/07 | Point of Sale | 60 Commissary | 354779 | 689491 | Commissary | -3.06 | 23.94 |
| 12/21/07 | Disbursements | 84 Library | 355359 | Chk #83313 | 52948, DOC: School Dist. Libra, Inv. Date: 12/18/2007 | -.75 | 23.19 |
| 12/31/07 | Disbursements | 88 REPAIR#10285 | 365359 | Chk #83394 | 52999, Menard IBF Repairs, Inv. Date: 12/19/2007 | -20.85 | 2.34 |
| 12/31/07 | Disbursements | 90 Medical Co-Pay | 365359 | Chk #83396 | 49960, DOC: 523 Fund Reimburse, Inv. Date: 11/26/2007 | -2.00 | .34 |
| 12/31/07 | Disbursements | 81 Legal Postage | 365359 | Chk #83396 | 53147, DOC: 523 Fund Reimburse, Inv. Date: 12/19/2007 | -.17 | .17 |
| 01/07/08 | Payroll | 20 Payroll Adjustment | 007159 | | P/R month of 12/2007 | 1.33 | 1.50 |
| 01/15/08 | Disbursements | 84 Library | 015359 | Chk #83671 | 54281, DOC: School Dist. Libra, Inv. Date: 01/03/2008 | -.30 | 1.20 |

|  |  |
|---|---|
| Total Inmate Funds: | 1.20 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 1.20 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

IN THE
_United States District court_
_Central District of Illinois_
_Urbana Division_

_United States of America ex rel._
_Greigsve L Holmes_
Plaintiff,

v.

Case No. _06-C-2090_

_Donald Hulick, Warden_
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: _Lisa Madigan_

_100 West Randolph Street_
_12th Floor_
_Chicago, Illinois_

TO: _John M. Waters_
_U.S. District Court_
_201 S. Vine St. Ste. 218_
_Urbana, IL 61802-3348_

PLEASE TAKE NOTICE that on _Feb 7_, 2008, I have placed the documents listed below in the institutional mail at _Menard_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _Application To Proceed in Forma Pauperis, Supporting Documentation And order, Motion For Appointment of Counsel_.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _2-7-2008_

/s/ _Greigsve L Holmes_
NAME: _Greigsve L Holmes_
IDOC#: _A04785_
_Menard_ Correctional Center
P.O. BOX _711_
_Menard_, IL _62259_

Revised October 2005