UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America, ex rel.
Greigroe L Holmes,        )
         Plaintiff,       )
                          )
    vs.                   )   No. 06-C-2090
                          )
Donald Hulick, warden     )
         Defendant(s)     )

FILED
MAR - 7 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MOTION FOR APPOINTMENT OF COUNSEL

1. I, Greigroe L Holmes, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this ~~lawsuit~~: Criminal case

Jenner & Block, to help on my case in general; Katten Muchin & Zavis, Greisler, Gary F. Greisler Law Offices, Baker & McKenzie, Latham & Watkins, Hopkins & Sutter, Sonnenschein Nath & Rosenthal
_____
_____
_____

3. In further support of my motion, I declare that (check appropriate answer):

✓   I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

____ I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

In further support of my motion, I declare that (check appropriate answer):

__✓__    I have attached an original application to proceed in forma pauperis detailing my financial status.

__✓__    I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____   I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Lucience L. Holmes_
Movant's Signature

_711 Kaskaskia St. or P.O. Box 711_
Street Address
_Menard Correctional Center_
_Menard, IL 62259_
City/State/Zip Code

Date: _Jan 24, 2009_

10/94

CERTIFICATE

TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER

I hereby certify that the plaintiff or petitioner in this action has the sum of $ 1.20 in his trust fund account at this correctional center where he is confined.

I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____

_____

_____

*Geraldine Berry*
Authorized officer

MENARD CC
Institution

ACCT TECH I
Title

1/25/08
Date

IMPORTANT:

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.