E-FILED
Tuesday, 13 May, 2008  01:56:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GREIGORY HOLMES, | ) |
| | ) |
| Petitioner, | )   06-2090 |
| | ) |
| v. | ) |
| | ) |
| DONALD HULICK, Warden, Menard Correctional Center, | ) ) |
| | ) |
| Respondent. | ) |

## ORDER

In 2006, Greigory Holmes filed a petition for a writ of habeas corpus by a person in state custody. Holmes has recently filed a motion for leave to proceed *in forma pauperis* [11] and a renewed motion to appoint counsel [12]. The motion for leave to proceed *in forma pauperis* is relevant only to the renewed motion to appoint counsel, as Holmes has paid the $5.00 filing fee.

This is Holmes' second motion for appointment of counsel. His first motion was denied on May 9, 2006. Since that time, the respondent has filed a lengthy answer and attachments totaling 125 pages. Included in those documents are Holmes' two petitions for leave to appeal to the Illinois Supreme Court, which were prepared by appellate counsel. The court finds that the legal issues raised in the habeas petition and the evidence that might support the petitioner's claims are not so complex or intricate that a trained attorney is necessary. *Greeno v. Daley*, 414 F.3d 645, 658 (7th Cir. 2005). The appointment of new counsel on issues previously argued by appellate counsel is unlikely to make a difference in the outcome of this case. The renewed motion for appointment of counsel [12] is denied.

## CONCLUSION

The motion to proceed *in forma pauperis* [11] is denied as moot. The motion for appointment of counsel [12] is denied. The petition for a writ of habeas corpus [2] remains pending.

Entered this 13th day of May, 2008.

**s/Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE