E-FILED
Monday, 07 July, 2008 03:40:00 PM
Clerk, U.S. District Court, ILCD

U.S. District Court                    June 28, 2008
Central District of Illinois
Office of The Clerk
201 S. Vine St. Room 218
Urbana, ILLinois 61802-3348

Gregory L. Holmes
#K04785

Menard Correctional Center
P.O. Box 711
Menard, ILinois 62259

**FILED**

JUL - 7 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

To whom it my concern:

Due to being in segregation and have problme with Menard Correctional Center staff I'm unble to work on case because of a retailiration because a few law suits and this case which I have in your courts now. They won't allow to go back to poplation to work on my legal work and I been in Segregation pass my out date for about three weeks now. Please help a transfer or something because I going through alot file things pleeas help.

Back side

Sincerely

Gregory L. Holmes

Gregory L. Holmes
#K04785
Menard Correctional
Center
P.O. Box 711
Menard, IL 62259

A.K.A
as the call
me the one or hide